UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.               ) | Case No.: 1:25-CR-61 |
| ) | |
| AUDRICUS PHAGNASAY      ) | |
| ) | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on or about November 13, 2025, Audricus Phagnasay (the "defendant") entered a plea of guilty to the offense charged in Count One of the above-captioned Information, charging a violation of 18 U.S.C. § 1349 (Doc. 1);

WHEREAS, on December 10, 2025, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that the Money Judgment in the amount of $681,926.00 (hereinafter, the "Subject Property") was property forfeitable to the United States (Doc. 16);

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired[1].

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 and the

---

[1] *See* Federal Rules of Criminal Procedure 32.2(b)(6)(A), which requires publication only "[if] the court orders the forfeiture of specific property."

Preliminary Order, all right, title, and interest in the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

**SO ORDERED** this 22nd day of January 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA